## IRA WEBER v. STATE.

No. A-8473.   April 1, 1933.
(22 Pac. [2d] 1119.)

W. F. Duncan, for plaintiff in error.

J. Berry King, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error, hereinafter called the defendant, was convicted of larceny of domestic fowls, and given a term in the penitentiary at McAlester of nine months, and appeals.

The record in this case was filed in this court on September 26, 1932; no brief in this case was filed in support of the defendant's assignment of errors.   A careful examination of the record discloses no fundamental error, and the evidence is sufficient to support the verdict of the jury.

The case is therefore affirmed.